| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Stephen G. Furnier** | Social Security number or ITIN | xxx–xx–2516 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 12/29/17 |
| Case number: | 17–25167–JAD | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen G. Furnier | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 627 Kimball Ave.<br>New Kensington, PA 15068 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/29/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 26, 2018 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/27/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/9/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/27/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/26/18** at **03:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 17-25167-JAD
Stephen G. Furnier                                                      Chapter 13
       Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                   Page 1 of 2                   Date Rcvd: Jan 29, 2018
                               Form ID: 309I                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db            +Stephen G. Furnier,    627 Kimball Ave.,    New Kensington, PA 15068-5409
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
aty           +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
cr            +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,     c/o S. James Wallace, P.C.,
                845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14764342       City of New Kensington,    c/o Collection Service Center, Inc.,    New Kensington, PA 15068
14764346      +LVNV Funding LLC,    200 Meeting Street,    Suite 206,   Charleston, SC 29401-3187
14764347       LVNV Funding LLC,    c/o Allied Interstate LLC,    PO Box 1954,   Southgate, MI 48195-0954
14764349      +Midland Funding LLC,    c/o Daniel Santucci, Esquire,    PO Box 517,   Essington, PA 19029-0517
14752004      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14764354       PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
14752003      +PNC Bank,    c/o KML Law Group,    701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14764353      +PNC Bank,    c/o NES,   2479 Edison Blvd. , Unit A,    Twinsburg, OH 44087-2476
14764356      +PNC Bank NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14764355      +PNC Bank NA,    c/o KML Law Group,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14764351       Peoples Natural Gas Company, LLC,     PO Box 747105,   Pittsburgh, PA 15274-7105
14764357      +State Collection Services Inc.,     2509 S. Stoughton Road,   Madison, WI 53716-3314
14764361      +Urologic Associates of Western PA,     200 Delafield Road,   Suite 3060,
                Pittsburgh, PA 15215-3235
14764362       Wells Fargo Financial,    70000 Vista Drive,    West Des Moines, IA 50266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: julie.steidl@steidl-steinberg.com Jan 30 2018 02:10:50      Kenneth Steidl,
                Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,   Pittsburgh, PA 15219
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2018 02:11:29      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 30 2018 02:11:37
                Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
14752002       EDI: GMACFS.COM Jan 30 2018 01:48:00      Ally Bank,   P.O. Box 380902,
                Bloomington, MN 55438-0902
14764340       EDI: GMACFS.COM Jan 30 2018 01:48:00      Ally Financial,    P O Box 130424,
                Roseville, MN 55113-0004
14764341      +EDI: URSI.COM Jan 30 2018 01:48:00      Ally Financial,    c/o Alltran Financial LP,
                5800 North Course Drive,    Houston, TX 77072-1613
14764343      +E-mail/Text: csivels@creditcorpsolutionsinc.com Jan 30 2018 02:12:21
                Credit Corp Solutions, Inc,    63 East 11400 South #408,    Sandy, UT 84070-6705
14764344      +E-mail/Text: paparalegals@pandf.us Jan 30 2018 02:12:23      Credit Corp Solutions, Inc,
                c/o Gregg Lawrence Morris, Esq,    501 Corporate Drive,    Southpointe Center, Suite 205,
                Canonsburg, PA 15317-8584
14757188      +EDI: MID8.COM Jan 30 2018 01:48:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
14764348      +EDI: MID8.COM Jan 30 2018 01:48:00      Midland Funding LLC,    2365 Northside Drive,   Suite 300,
                San Diego, CA 92108-2709
14764350       E-mail/Text: electronicbkydocs@nelnet.net Jan 30 2018 02:11:46      Nelnet,   Attn: Claims,
                P.O. Box: 82505,    Lincoln, NE 68501-2505
14752546      +EDI: PRA.COM Jan 30 2018 01:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14764358      +E-mail/Text: bankruptcydepartment@tsico.com Jan 30 2018 02:12:12      Transworld Systems Inc.,
                P. O. Box 15273,    Wilmington, DE 19850-5273
14764359      +E-mail/Text: BankruptcyNotice@upmc.edu Jan 30 2018 02:12:10      UPMC,
                2 Hot Metal Street, Room 386,    Pittsburgh, PA 15203-2348
14764360      +E-mail/Text: BankruptcyNotice@upmc.edu Jan 30 2018 02:12:10      UPMC Physician Services,
                1650 Metropolitian Street, 3rd Floor,    Pittsburgh, PA 15233-2213
14764363      +E-mail/Text: bankruptcy@firstenergycorp.com Jan 30 2018 02:11:44      West Penn Power,
                5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK, NATIONAL ASSOCIATION
14764345       Jessica Spencer
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14764352*     +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14764364*     +West Penn Power*,    5001 NASA Blvd,   Fairmont, WV 26554-8248
                                                                                             TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: mgut                Page 2 of 2           Date Rcvd: Jan 29, 2018
                               Form ID: 309I             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
          James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth   Steidl     on behalf of Debtor Stephen G. Furnier julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```