IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Stephen G. Furnier, | ) | Bankruptcy No. 17-25167-JAD |
| | ) | |
| Social Security No. XXX-XX- 2516 | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Related To Doc. No. 20 |
| | ) | |
| Stephen G. Furnier, | ) | |
| | ) | |
| Movant | ) | Document No. WO-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| Clean Textile Systems, LP and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

**Clean Textile Systems, LP
Attn: Payroll
40 51st Street
Pittsburgh, PA 15201**

deduct from said income the sum of **$238.62 from each weekly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

Ronda Winnecour
Chapter 13 Trustee, W.D. PA
P. O. Box 84051
Chicago, IL 60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

    IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

    IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court. **

DATED this 2nd day of February, 2018.

_____ mas
JEFFERY A. DELLER
CHIEF U. S. BANKRUPTCY JUDGE

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

cm: Parties in Interest

FILED
2/2/18 7:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Stephen G. Furnier
    Debtor

Case No. 17-25167-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: msch　　　　　Page 1 of 1　　　　　Date Rcvd: Feb 02, 2018
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db　　　　+Stephen G. Furnier,　627 Kimball Ave.,　New Kensington, PA 15068-5409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
　　　　　　+E-mail/Text: abate@cleancarelinen.com Feb 03 2018 01:37:01　　Clean Textile Systems, LP,
　　　　　　　Attn: Payroll Dept.,　40 51st Street,　Pittsburgh, PA 15201-2792
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
　　　　James Warmbrodt　　on behalf of Creditor　　PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
　　　　Kenneth Steidl　　on behalf of Debtor Stephen G. Furnier julie.steidl@steidl-steinberg.com,
　　　　　ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
　　　　　nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
　　　　　inberg.com
　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
　　　　S. James Wallace　　on behalf of Creditor　　Peoples Gas Company LLC, f/k/a Peoples TWP LLC
　　　　　sjw@sjwpgh.com,　srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5