IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Stephen G. Furnier, | ) | Case No. 17-25167 JAD |
| | ) | Chapter 13 |
| Social Security No. XXX-XX- 2516 | ) | |
| | ) | |
| Debtor | ) | Related to Document No. 21 |
| | ) | |
| Stephen G. Furnier, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Clean Textile Systems, LP and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 6, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Clean Textile Systems, LP
Attn: Payroll Dept.
40 51st Street
Pittsburgh, PA 15201

Date of Service:    February 6, 2018    /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com