Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Stephen G. Furnier**
Debtor(s)

Bankruptcy Case No.: 17–25167–JAD
Issued Per Feb. 26, 2018 Proceeding
Chapter: 13
Docket No.: 26 – 15
Concil. Conf.: July 12, 2018 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 25, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jul. 12, 2018 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☒ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

- ☐ H. Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: March 2, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 17-25167-JAD
Stephen G. Furnier                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Mar 02, 2018
                              Form ID: 149            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
```
db             +Stephen G. Furnier,    627 Kimball Ave.,    New Kensington, PA 15068-5409
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14764342        City of New Kensington,    c/o Collection Service Center, Inc.,    New Kensington, PA 15068
14764344       +Credit Corp Solutions, Inc,    c/o Gregg Lawrence Morris, Esq,    501 Corporate Drive,
                 Southpointe Center, Suite 205,    Canonsburg, PA 15317-8584
14764346       +LVNV Funding LLC,    200 Meeting Street,    Suite 206,    Charleston, SC 29401-3187
14764347        LVNV Funding LLC,    c/o Allied Interstate LLC,    PO Box 1954,    Southgate, MI 48195-0954
14764349       +Midland Funding LLC,    c/o Daniel Santucci, Esquire,    PO Box 517,    Essington, PA 19029-0517
14752004       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14764354        PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
14752003       +PNC Bank,    c/o KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14764353       +PNC Bank,    c/o NES,    2479 Edison Blvd. , Unit A,    Twinsburg, OH 44087-2476
14764356       +PNC Bank NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14764355       +PNC Bank NA,    c/o KML Law Group,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14764351        Peoples Natural Gas Company, LLC,    PO Box 747105,    Pittsburgh, PA 15274-7105
14764357       +State Collection Services Inc.,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14772237       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14779174        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14764361       +Urologic Associates of Western PA,    200 Delafield Road,    Suite 3060,
                 Pittsburgh, PA 15215-3235
14771257        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14764362        Wells Fargo Financial,    70000 Vista Drive,    West Des Moines, IA 50266
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14752002        E-mail/Text: ally@ebn.phinsolutions.com Mar 03 2018 01:25:45      Ally Bank,    P.O. Box 380902,
                 Bloomington, MN 55438-0902
14768514        E-mail/Text: ally@ebn.phinsolutions.com Mar 03 2018 01:25:45      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14764340        E-mail/Text: ally@ebn.phinsolutions.com Mar 03 2018 01:25:45      Ally Financial,
                 P O Box 130424,    Roseville, MN 55113-0004
14764341       +E-mail/Text: bnc@alltran.com Mar 03 2018 01:25:47      Ally Financial,
                 c/o Alltran Financial LP,    5800 North Course Drive,    Houston, TX 77072-1613
14764343        E-mail/Text: csivels@creditcorpsolutionsinc.com Mar 03 2018 01:26:42
                 Credit Corp Solutions, Inc,    63 East 11400 South #408,    Sandy, UT 84070-6705
14757188       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2018 01:26:08      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14764348       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2018 01:26:08      Midland Funding LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14764350        E-mail/Text: electronicbkydocs@nelnet.net Mar 03 2018 01:26:13      Nelnet,    Attn: Claims,
                 P.O. Box: 82505,    Lincoln, NE 68501-2505
14770562       +E-mail/Text: Bankruptcy@nslp.org Mar 03 2018 01:26:07      Nelnet on behalf of NSLP,
                 PO Box 82507,    Lincoln, NE 68501-2507
14752546       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2018 01:28:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14764358       +E-mail/Text: bankruptcydepartment@tsico.com Mar 03 2018 01:26:34      Transworld Systems Inc.,
                 P. O. Box 15273,    Wilmington, DE 19850-5273
14764359       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 03 2018 01:26:33      UPMC,
                 2 Hot Metal Street, Room 386,    Pittsburgh, PA 15203-2348
14764360       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 03 2018 01:26:33      UPMC Physician Services,
                 1650 Metropolitian Street, 3rd Floor,    Pittsburgh, PA 15233-2213
14764363       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 03 2018 01:26:12      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14764345        Jessica Spencer
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14764352*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14764364*      +West Penn Power*,    5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                  TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Mar 02, 2018
                               Form ID: 149                Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth   Steidl     on behalf of Debtor Stephen G. Furnier julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 5
```