**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| STEPHEN G. FURNIER | Case No. 17-25167JAD |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PNC BANK NA | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

BALANCE WAIVED PER CREDITOR.

PNC BANK NA                                  Court claim# /Trustee CID# 25
POB 94982
CLEVELAND, OH 44101

The Movant further certifies that on 05/24/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
STEPHEN G. FURNIER, 627 KIMBALL AVE., NEW KENSINGTON, PA  15068

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
PNC BANK NA, POB 94982, CLEVELAND, OH  44101

NEW CREDITOR: