IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Stephen G. Furnier, | ) | Case No. 17-25167 JAD |
| Social Security No. XXX-XX- 2516 | ) | Chapter 13 |
| *Debtor* | ) | Related to Document No. 36 |
| | ) | |
| Stephen G. Furnier, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cameron Property Solutions LLC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 13, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Cameron Property Solutions LLC
Attn: Payroll Department
8592 Peebles Road
Pittsburgh, PA 15237-5756

Stephen G. Furnier
627 Kimball Ave.
New Kensington, PA 15068

Date of Service:   July 13, 2018         /s/ Kenneth Steidl
                                         Kenneth Steidl, Esquire
                                         STEIDL & STEINBERG
                                         28th Floor, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         ken.steidl@steidl-steinberg.com