IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Stephen G. Furnier, | Case No. 17-25167 JAD |
| | Chapter 13 |
| Social Security No. XXX-XX-2516 | |
| Debtor | Document No. WO-1 |
| Stephen G. Furnier, | Doc. # 33 |
| Movant | |
| vs. | |
| Clean Textile Systems, LP and Ronda J. Winnecour, Trustee | |
| Respondents | |

## **ORDER OF COURT**

AND NOW, to wit, this ___11th___ day of ___July___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Stephen Furnier be terminated immediately.

Employer:

**Clean Textile Systems, LP**
**Attn: Payroll**
**40 51st Street**
**Pittsburgh, PA 15201**

FILED
7/11/18 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                             Case No. 17-25167-JAD
Stephen G. Furnier                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: mgut                   Page 1 of 1         Date Rcvd: Jul 11, 2018
                               Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db             +Stephen G. Furnier,    627 Kimball Ave.,    New Kensington, PA 15068-5409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Stephen G. Furnier julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5