IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Stephen G. Furnier, | ) | Case No. 17-25167 JAD |
| | ) | Chapter 13 |
| | ) | |
| | ) | Related Docket No. 57 |
| | ) | |

## CERTIFICATE OF SERVICE OF AMENDED WAGE ATTACHMENT ORDER

I certify under penalty of perjury that I caused to served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date): June 4, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Cameron Property Solutions LLC
Attn: Payroll Department
8592 Peebles Road
Pittsburgh, PA 15237-5756


Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee


                                                           Respectfully submitted,

June 4, 2021                                         /s/ Christopher M. Frye
DATE                                                   Christopher M. Frye, Esquire
                                                        Attorney for the Debtor(s)
                                                        STEIDL & STEINBERG
                                                        Suite 2830 – Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 391-8000
                                                        chris.frye@steidl-steinberg.com
                                                        PA I.D. No. 208402