Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Stephen G. Furnier**
    Debtor(s)

Bankruptcy Case No.: 17−25167−JAD

Chapter: 13
Docket No.: 75 − 74

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/24/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/23.**

                                                  Jeffery A. Deller
                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                              Case No. 17-25167-JAD

Stephen G. Furnier                              Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                       Page 1 of 3

Date Rcvd: Mar 29, 2023                          Form ID: 408                                Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen G. Furnier, 627 Kimball Ave., New Kensington, PA 15068-5409 |
| 14764342 | | City of New Kensington, c/o Collection Service Center, Inc., New Kensington, PA 15068 |
| 14764344 | + | Credit Corp Solutions, Inc, c/o Gregg Lawrence Morris, Esq, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14764347 | | LVNV Funding LLC, c/o Allied Interstate LLC, PO Box 1954, Southgate, MI 48195-0954 |
| 14764353 | + | PNC Bank, c/o NES, 2479 Edison Blvd. , Unit A, Twinsburg, OH 44087-2476 |
| 14764351 | | Peoples Natural Gas Company, LLC, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14764361 | + | Urologic Associates of Western PA, 200 Delafield Road, Suite 3060, Pittsburgh, PA 15215-3235 |
| 14764362 | | Wells Fargo Financial, 70000 Vista Drive, West Des Moines, IA 50266 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 29 2023 23:54:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 29 2023 23:53:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768514 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14752002 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14764340 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14764341 | + | Email/Text: bnc@alltran.com | Mar 29 2023 23:53:00 | Ally Financial, c/o Alltran Financial LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 14764343 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 29 2023 23:53:00 | Credit Corp Solutions, Inc, 63 East 11400 South #408, Sandy, UT 84070 |
| 14939731 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 29 2023 23:54:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14764346 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:55 | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 14788361 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:25 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 17-25167-JAD   Doc 76   Filed 03/31/23   Entered 04/01/23 00:31:59   Desc Imaged
                              Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 14764348 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 29 2023 23:54:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14757188 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 29 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14764350 | | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Mar 29 2023 23:54:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14770562 | + | Email/Text: Bankruptcy@nslp.org | | |
| | | | Mar 29 2023 23:54:00 | Nelnet on behalf of NSLP, PO Box 82507, Lincoln, NE 68501-2507 |
| 14752004 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 29 2023 23:53:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764354 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 29 2023 23:53:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14764356 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 29 2023 23:53:00 | PNC Bank NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14788675 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 29 2023 23:53:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14789212 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 29 2023 23:53:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14752003 | ^ | MEBN | | |
| | | | Mar 29 2023 23:48:41 | PNC Bank, c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14764355 | ^ | MEBN | | |
| | | | Mar 29 2023 23:48:42 | PNC Bank NA, c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14752546 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Mar 29 2023 23:52:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14787570 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Mar 29 2023 23:53:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14787103 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14764357 | | Email/Text: amieg@stcol.com | | |
| | | | Mar 29 2023 23:53:00 | State Collection Services Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14772237 | + | Email/Text: tdebn@credbankserv.com | | |
| | | | Mar 29 2023 23:53:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14764358 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Mar 29 2023 23:54:00 | Transworld Systems Inc., P. O. Box 15273, Wilmington, DE 19850-5273 |
| 14764359 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Mar 29 2023 23:54:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14779174 | ^ | MEBN | | |
| | | | Mar 29 2023 23:48:12 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14764360 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Mar 29 2023 23:54:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14787124 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 29 2023 23:52:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14771257 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Mar 29 2023 23:52:21 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14764363 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Mar 29 2023 23:54:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14764345 | | Jessica Spencer |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14764352 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764364 | *+ | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14764349 | ##+ | Midland Funding LLC, c/o Daniel Santucci, Esquire, PO Box 517, Essington, PA 19029-0517 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Stephen G. Furnier julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5