**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>STEPHEN G. FURNIER<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-25167 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/29/2017 and confirmed on 3/2/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,792.95 |
| Less Refunds to Debtor | 1,224.13 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,568.82 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,500.00 | |
| Trustee Fee | 2,727.34 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,227.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 36,049.49 | 0.00 | 36,049.49 |
| Acct: 8251 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6604 | | | | |
| PNC BANK NA | 14,313.04 | 14,313.04 | 0.00 | 14,313.04 |
| Acct: 8251 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6604 | | | | |
| | | | | 50,362.53 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN G. FURNIER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN G. FURNIER | 1,224.13 | 1,224.13 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF NEW KENSINGTON (EIT) | 111.00 | 111.00 | 0.00 | 111.00 |
| Acct: 2516 | | | | |
| | | | | 111.00 |
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC AGNT-CREDIT C | 3,668.10 | 536.24 | 0.00 | 536.24 |
| Acct: 4547 | | | | |
| MIDLAND FUNDING LLC | 1,295.79 | 189.43 | 0.00 | 189.43 |
| Acct: 6090 | | | | |
| ALLY BANK(*) | 2,208.16 | 322.81 | 0.00 | 322.81 |
| Acct: 6676 | | | | |
| CREDIT CORP INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 628.56 | 91.89 | 0.00 | 91.89 |

17-25167 JAD                                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3254 | | | | |
| ECMC(*) | 16,625.52 | 2,430.48 | 0.00 | 2,430.48 |
| Acct: 2516 | | | | |
| PEOPLES GAS LLC F/K/A PEOPLES TWP L | 398.81 | 58.30 | 0.00 | 58.30 |
| Acct: 8898 | | | | |
| PNC BANK NA | 4,905.93 | 717.20 | 0.00 | 717.20 |
| Acct: 3751 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1500 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3652 | | | | |
| UPMC HEALTH SERVICES | 150.00 | 21.93 | 0.00 | 21.93 |
| Acct: 2516 | | | | |
| UROLOGIC ASSOCIATES OF WESTERN P | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0976 | | | | |
| WELLS FARGO FINANCIAL NATIONAL BAN | 951.96 | 139.17 | 0.00 | 139.17 |
| Acct: 1150 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3370 | | | | |
| WEST PENN POWER* | 978.45 | 143.04 | 0.00 | 143.04 |
| Acct: 0210 | | | | |
| TD RETAIL CARD SERVICES | 1,238.83 | 181.10 | 0.00 | 181.10 |
| Acct: 0213 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 56.31 | 8.23 | 0.00 | 8.23 |
| Acct: 3780 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 192.42 | 28.13 | 0.00 | 28.13 |
| Acct: 6513 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL JOSEPH SANTUCCI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,867.95 |

TOTAL PAID TO CREDITORS                                                                                         55,341.48

TOTAL CLAIMED
PRIORITY            111.00
SECURED          14,313.04
UNSECURED        33,298.84

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STEPHEN G. FURNIER

      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:17-25167 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:       Case No. 17-25167-JAD

Stephen G. Furnier     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 29, 2023     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen G. Furnier, 627 Kimball Ave., New Kensington, PA 15068-5409 |
| 14764342 | | City of New Kensington, c/o Collection Service Center, Inc., New Kensington, PA 15068 |
| 14764344 | + | Credit Corp Solutions, Inc, c/o Gregg Lawrence Morris, Esq, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14764347 | | LVNV Funding LLC, c/o Allied Interstate LLC, PO Box 1954, Southgate, MI 48195-0954 |
| 14764353 | + | PNC Bank, c/o NES, 2479 Edison Blvd. , Unit A, Twinsburg, OH 44087-2476 |
| 14764351 | | Peoples Natural Gas Company, LLC, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14764361 | + | Urologic Associates of Western PA, 200 Delafield Road, Suite 3060, Pittsburgh, PA 15215-3235 |
| 14764362 | | Wells Fargo Financial, 70000 Vista Drive, West Des Moines, IA 50266 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 29 2023 23:54:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 29 2023 23:53:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768514 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14752002 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14764340 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14764341 | + | Email/Text: bnc@alltran.com | Mar 29 2023 23:53:00 | Ally Financial, c/o Alltran Financial LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 14764343 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 29 2023 23:53:00 | Credit Corp Solutions, Inc, 63 East 11400 South #408, Sandy, UT 84070 |
| 14939731 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 29 2023 23:54:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14764346 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:27 | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 14788361 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:24 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 17-25167-JAD   Doc 77   Filed 03/31/23   Entered 04/01/23 00:31:59   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 41 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14764348 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14757188 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14764350 | | Email/Text: electronicbkydocs@nelnet.net | Mar 29 2023 23:54:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14770562 | + | Email/Text: Bankruptcy@nslp.org | Mar 29 2023 23:54:00 | Nelnet on behalf of NSLP, PO Box 82507, Lincoln, NE 68501-2507 |
| 14752004 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764354 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14764356 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14788675 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14789212 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 29 2023 23:53:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14752003 | ^ | MEBN | Mar 29 2023 23:48:44 | PNC Bank, c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14764355 | ^ | MEBN | Mar 29 2023 23:48:46 | PNC Bank NA, c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14752546 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14787570 | + | Email/Text: ebnpeoples@grblaw.com | Mar 29 2023 23:53:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14787103 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2023 23:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14764357 | | Email/Text: amieg@stcol.com | Mar 29 2023 23:53:00 | State Collection Services Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14772237 | + | Email/Text: tdebn@credbankserv.com | Mar 29 2023 23:53:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14764358 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 29 2023 23:54:00 | Transworld Systems Inc., P. O. Box 15273, Wilmington, DE 19850-5273 |
| 14764359 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 29 2023 23:54:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14779174 | ^ | MEBN | Mar 29 2023 23:48:13 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14764360 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 29 2023 23:54:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14787124 | | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2023 23:52:41 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14771257 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2023 23:52:19 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14764363 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 29 2023 23:54:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14764345 | | Jessica Spencer |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14764352 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764364 | *+ | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14764349 | ##+ | Midland Funding LLC, c/o Daniel Santucci, Esquire, PO Box 517, Essington, PA 19029-0517 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Kenneth Steidl
on behalf of Debtor Stephen G. Furnier julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 5