IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-25167 JAD |
|     Stephen Furnier | : | |
|         Debtor | : | |
| | : | Chapter 13 |
|     Stephen Furnier | : | |
|         Movant | : | |
| | : | |
|     v. | : | |
| | : | |
|     No Respondents | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 21, 2023, at docket number 78, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                                           Respectfully submitted,

<u>May 17, 2023</u>                                                     /s/ Kenneth Steidl
DATE                                                          Kenneth Steidl, Esquire
                                                                Attorney for the Debtor
                                                                 STEIDL & STEINBERG
                                                                707 Grant Street
                                                                 Suite 2830, Gulf Tower
                                                                 Pittsburgh, PA 15219
                                                                (412) 391-8000
                                                                ken.steidl@steidl-steinberg.com
                                                                PA I.D. No. 34965