IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**MODIFIED**

**DEFAULT O/E JAD**

IN RE:
STEPHEN G. FURNIER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-25167 JAD

Chapter 13

Document No.: 74

## ORDER OF COURT

AND NOW, this __16TH__ day of __MAY__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

(7) The Debtor(s) SHALL FILE his/her Certificate of Discharge Eligibility by __6/6/2023__ or sanctions may be imposed.

BY THE COURT,

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stephen G. Furnier  
    Debtor

Case No. 17-25167-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 16, 2023      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen G. Furnier, 627 Kimball Ave., New Kensington, PA 15068-5409 |
| 14764342 | | City of New Kensington, c/o Collection Service Center, Inc., New Kensington, PA 15068 |
| 14764344 | + | Credit Corp Solutions, Inc, c/o Gregg Lawrence Morris, Esq, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14764347 | | LVNV Funding LLC, c/o Allied Interstate LLC, PO Box 1954, Southgate, MI 48195-0954 |
| 14764353 | + | PNC Bank, c/o NES, 2479 Edison Blvd. , Unit A, Twinsburg, OH 44087-2476 |
| 14764351 | | Peoples Natural Gas Company, LLC, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14764361 | + | Urologic Associates of Western PA, 200 Delafield Road, Suite 3060, Pittsburgh, PA 15215-3235 |
| 14764362 | | Wells Fargo Financial, 70000 Vista Drive, West Des Moines, IA 50266 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 17 2023 00:07:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 17 2023 00:07:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768514 | | Email/Text: ally@ebn.phinsolutions.com | May 17 2023 00:07:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14752002 | | Email/Text: ally@ebn.phinsolutions.com | May 17 2023 00:07:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14764340 | | Email/Text: ally@ebn.phinsolutions.com | May 17 2023 00:07:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14764341 | + | Email/Text: bnc@alltran.com | May 17 2023 00:07:00 | Ally Financial, c/o Alltran Financial LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 14764343 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 17 2023 00:07:00 | Credit Corp Solutions, Inc, 63 East 11400 South #408, Sandy, UT 84070 |
| 14939731 | | Email/Text: ECMCBKNotices@ecmc.org | May 17 2023 00:07:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14764346 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:13:46 | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 14788361 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:14:36 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14764348 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 00:08:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14757188 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 00:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14764350 |   | Email/Text: electronicbkydocs@nelnet.net | May 17 2023 00:08:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14770562 | + | Email/Text: Bankruptcy@nslp.org | May 17 2023 00:08:00 | Nelnet on behalf of NSLP, PO Box 82507, Lincoln, NE 68501-2507 |
| 14752004 |   | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2023 00:07:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764354 |   | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2023 00:07:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14764356 |   | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2023 00:07:00 | PNC Bank NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14788675 |   | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2023 00:07:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14789212 |   | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2023 00:07:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14752003 | ^ | MEBN | May 17 2023 00:05:45 | PNC Bank, c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14764355 | ^ | MEBN | May 17 2023 00:05:45 | PNC Bank NA, c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14752546 | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2023 00:13:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14787570 | + | Email/Text: ebnpeoples@grblaw.com | May 17 2023 00:07:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14787103 |   | Email/Text: bnc-quantum@quantum3group.com | May 17 2023 00:08:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14764357 |   | Email/Text: amieg@stcol.com | May 17 2023 00:07:00 | State Collection Services Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14772237 | + | Email/Text: tdebn@credbankserv.com | May 17 2023 00:07:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14764358 | + | Email/Text: bankruptcydepartment@tsico.com | May 17 2023 00:08:00 | Transworld Systems Inc., P. O. Box 15273, Wilmington, DE 19850-5273 |
| 14764359 | + | Email/Text: BankruptcyNotice@upmc.edu | May 17 2023 00:08:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14779174 | ^ | MEBN | May 17 2023 00:05:36 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14764360 | + | Email/Text: BankruptcyNotice@upmc.edu | May 17 2023 00:08:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14787124 |   | Email/PDF: ebn_ais@aisinfo.com | May 17 2023 00:25:48 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14771257 |   | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2023 00:14:23 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14764363 | + | Email/Text: bankruptcy@firstenergycorp.com | May 17 2023 00:08:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14764345 | | Jessica Spencer |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14764352 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764364 | *+ | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14764349 | ##+ | Midland Funding LLC, c/o Daniel Santucci, Esquire, PO Box 517, Essington, PA 19029-0517 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Stephen G. Furnier julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 5