| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Stephen G. Furnier<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2516<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–25167–JAD | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Stephen G. Furnier

<u>5/22/23</u>                                                                **By the court:** <u>Jeffery A. Deller</u>
                                                                                             United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-25167-JAD
Stephen G. Furnier                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                  Page 1 of 4
Date Rcvd: May 22, 2023                 Form ID: 3180W                              Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

| Recip ID  |   | Recipient Name and Address |
|-----------|---|----------------------------|
| db        | + | Stephen G. Furnier, 627 Kimball Ave., New Kensington, PA 15068-5409 |
| 14764342  |   | City of New Kensington, c/o Collection Service Center, Inc., New Kensington, PA 15068 |
| 14764344  | + | Credit Corp Solutions, Inc, c/o Gregg Lawrence Morris, Esq, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14764347  |   | LVNV Funding LLC, c/o Allied Interstate LLC, PO Box 1954, Southgate, MI 48195-0954 |
| 14764353  | + | PNC Bank, c/o NES, 2479 Edison Blvd. , Unit A, Twinsburg, OH 44087-2476 |
| 14764351  |   | Peoples Natural Gas Company, LLC, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14764361  | + | Urologic Associates of Western PA, 200 Delafield Road, Suite 3060, Pittsburgh, PA 15215-3235 |
| 14764362  |   | Wells Fargo Financial, 70000 Vista Drive, West Des Moines, IA 50266 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|---|----------------------------|-----------|----------------------------|
| smg      |   | EDI: PENNDEPTREV           | May 23 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg      |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2023 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg      |   | EDI: PENNDEPTREV           | May 23 2023 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg      |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2023 00:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr       |   | Email/Text: ECMCBKNotices@ecmc.org | May 23 2023 00:46:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr       | + | Email/Text: ebnpeoples@grblaw.com | May 23 2023 00:46:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14768514 |   | EDI: GMACFS.COM            | May 23 2023 04:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14752002 |   | EDI: GMACFS.COM            | May 23 2023 04:33:00 | Ally Bank, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 14764340 |   | EDI: GMACFS.COM            | May 23 2023 04:33:00 | Ally Financial, P O Box 130424, Roseville, MN |

Case 17-25167-JAD   Doc 86   Filed 05/24/23   Entered 05/25/23 00:30:13   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2023 | Form ID: 3180W | Total Noticed: 43 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 14764341 | + | EDI: URSI.COM | May 23 2023 04:33:00 | Ally Financial, c/o Alltran Financial LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 14764343 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 23 2023 00:46:00 | Credit Corp Solutions, Inc, 63 East 11400 South #408, Sandy, UT 84070 |
| 14939731 | | Email/Text: ECMCBKNotices@ecmc.org | May 23 2023 00:46:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14764346 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2023 00:48:46 | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 14788361 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2023 00:49:02 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14764348 | + | Email/Text: bankruptcydpt@mcmcg.com | May 23 2023 00:47:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14757188 | + | Email/Text: bankruptcydpt@mcmcg.com | May 23 2023 00:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14764350 | | Email/Text: electronicbkydocs@nelnet.net | May 23 2023 00:47:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14770562 | + | Email/Text: Bankruptcy@nslp.org | May 23 2023 00:47:00 | Nelnet on behalf of NSLP, PO Box 82507, Lincoln, NE 68501-2507 |
| 14752004 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2023 00:46:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764354 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2023 00:46:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14764356 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2023 00:46:00 | PNC Bank NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14788675 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2023 00:46:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14789212 | | Email/Text: Bankruptcy.Notices@pnc.com | May 23 2023 00:46:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14752003 | ^ | MEBN | May 23 2023 00:37:40 | PNC Bank, c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14764355 | ^ | MEBN | May 23 2023 00:37:45 | PNC Bank NA, c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14752546 | + | EDI: RECOVERYCORP.COM | May 23 2023 04:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14787570 | + | Email/Text: ebnpeoples@grblaw.com | May 23 2023 00:46:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14787103 | | EDI: Q3G.COM | May 23 2023 04:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14764357 | | Email/Text: amieg@stcol.com | May 23 2023 00:46:00 | State Collection Services Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14772237 | + | EDI: CBSTDR | May 23 2023 04:33:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14764358 | + | Email/Text: bankruptcydepartment@tsico.com | May 23 2023 00:47:00 | Transworld Systems Inc., P. O. Box 15273, Wilmington, DE 19850-5273 |
| 14764359 | + | Email/Text: BankruptcyNotice@upmc.edu | May 23 2023 00:47:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14779174 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14764360 | + | Email/Text: BankruptcyNotice@upmc.edu | May 23 2023 00:37:25 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14787124 | | EDI: AIS.COM | May 23 2023 00:47:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14771257 | | EDI: WFFC2 | May 23 2023 04:36:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14764363 | + | Email/Text: bankruptcy@firstenergycorp.com | May 23 2023 04:33:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| | | | May 23 2023 00:47:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14764345 | | Jessica Spencer |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14764352 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14764364 | *+ | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14764349 | ##+ | Midland Funding LLC, c/o Daniel Santucci, Esquire, PO Box 517, Essington, PA 19029-0517 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:

**Name**           **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor Stephen G. Furnier julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

District/off: 0315-2            User: auto            Page 4 of 4

Date Rcvd: May 22, 2023            Form ID: 3180W            Total Noticed: 43

TOTAL: 5